UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 20, 2018

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Smith, Tyler Eugene | Docket No. | 0980 2:18CR00133-RMP-1 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Jonathan C. Bot, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Tyler Eugene Smith, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 9th day of November, 2018, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation # 1:** Mr. Smith admitted to using methamphetamine and heroin on November 21, 2018.

On November 13, 2018, the conditions of pretrial release were reviewed with Mr. Smith. He acknowledged an understanding of his conditions, which included standard condition number 9.

On November 26, 2018, Mr. Smith admitted to the undersigned, and via a signed admission statement, that he used methamphetamine and heroin on November 26, 2018.

**Violation # 2:** Mr. Smith admitted to using methamphetamine and heroin on December 13, 2018.

On November 13, 2018, the conditions of pretrial release were reviewed with Mr. Smith. He acknowledged an understanding of his conditions, which included standard condition number 9.

On December 13, 2018, Mr. Smith admitted to the undersigned, and via a signed admission statement, that he used methamphetamine and heroin on December 13, 2018.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

        I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: December 20, 2018

by    s/Jonathan C. Bot

Jonathan C. Bot
U.S. Pretrial Services Officer

Re: Smith, Tyler Eugene
December 20, 2018
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[x]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

December 20, 2018
_____
Date